March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY TELECONFERENCE**

-v-

RALPH BALSAMO,

22-CR-212(JGK)(RWL)

Defendant(s).
-----------------------------------------------------------X

Defendant **RALPH BALSAMO** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

RALPH BALSAMO
Print Defendant's Name

_____
Defense Counsel's Signature

GERALD J. MCMAHON
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

5/3/22
Date

_____
U.S. District Judge/U.S. Magistrate Judge