March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

            -v-

RALPH BALSAMO,

            Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

22 -CR-212 (JGK) (    )

Defendant  RALPH BALSAMO  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

____     Initial Appearance/Appointment of Counsel

____     Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____     Preliminary Hearing on Felony Complaint

____     Bail/Revocation/Detention Hearing

✓     Status and/or Scheduling Conference    10/29/22

____     Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

RALPH BALSAMO
_____
Print Defendant's Name

_____
Defense Counsel's Signature

GERALD J. McMAHON
_____
Print Defense Counsel's Name

on 9/27/22

This proceeding was conducted by reliable teleconference technology.

11/7/22
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge